E-FILED-9/7/16
LINK# 13

JS-6

Richard Grabowski (SBN 125666)
rgrabowski@jonesday.com
John A. Vogt (SBN 198677)
javogt@jonesday.com
Jeremy S. Close (SBN 260226)
jsclose@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

**NOTE CHANGES MADE BY THE COURT.**

Attorneys for Defendant EXPERIAN
INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

RAE CORTINA,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.

Case No. 2:16-CV-04545-PSG-MRW

[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO TRANSFER CASE TO DISTRICT OF ARIZONA PURSUANT TO 28 U.S.C. § 1404(A)**

1  Plaintiff Rae Cortina and Defendant Experian Information Solutions, Inc.
2  ("Experian") have agreed, pursuant to 28 U.S.C. § 1404(a), to transfer this action to
3  the District of Arizona, where over 20 similar cases have been consolidated into the
4  lawsuit *Warner v. Experian Information Solutions, Inc.*, Case No. 2:15-cv-01212-
5  GMS, filed on June 30, 2015.  Based on the Parties' stipulation, and good cause
6  appearing that transfer would be convenient for parties and witnesses, and in the
7  interest of justice, it is hereby ORDERED that this action shall be transferred to the
8  District of Arizona pursuant to 28 U.S.C. § 1404(a), ~~to be consolidated with~~
9  ~~*Warner v. Experian Information Solutions, Inc.*, Case No. 2:15-cv-01212-GMS~~.

**IT IS SO ORDERED.**

DATED this __7th__ day of __September__, 2016.

### PHILIP S. GUTIERREZ

Honorable Philip S. Gutierrez
United States District Judge